UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALEXANDER GOMEZ

                Plaintiff.

    –against–

SWEETCHI LLC and
201 EAST 10TH STREET LLC

                Defendants

-------------------------------------------------------------x

Case No. 19-CV-5627(ER)
**RULE 7.1 STATEMENT**

PURSUANT to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for 201 EAST 10TH STREET LLC (a private nongovernmental party) certifies that the following are corporate agents, affiliates, and/or subsidiaries of said party, which are publicly held. THERE ARE NO SUCH CORPORATE PARENTS, AFFILIATES OR SUBSIDIARIES OF 201 EAST 10TH STREET LLC

Dated: New York, New York
         July 25, 2019

_____
Dean Dreiblatt (DMD 2818)
Yours, etc.,
ROSE & ROSE
Attorneys for Defendant
291 Broadway, Suite 13th floor
New York, New York 10007
(212)349-3366