UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GOMEZ,

                Plaintiff,

– against –

SWEETCHI LLC and 201 EAST 10TH STREET, LLC,

                Defendant.

**ORDER**

19 Civ. 5627 (ER)

RAMOS, D.J.:

    Plaintiff filed the instant suit against Defendants on June 17, 2019.  Doc. 1.  Summonses were issued on June 18, 2019.  Docs. 5 and 6.  Sweetchi LLC has not yet been served.  On July 25, 2019, 201 East 10th Street, LLC filed an answer and cross-claim against Sweetchi LLC.  Doc. 7.  Since then, there has been no activity in this matter.  Accordingly, Plaintiff is directed to submit a status report by April 19, 2021.  Failure to comply could result in the Court dismissing the case under Federal Rules of Civil Procedure 4(m) and 41.

    SO ORDERED.

Dated:    April 5, 2021
            New York, New York

                                                EDGARDO RAMOS, U.S.D.J.